AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_____Merin Omar Polanco-Guevara_____
*Defendant*

Case Number: 13-3192 MB

Upon motion of the __USA_____ , it is ORDERED that a

detention hearing is set __4/24/13_____ * at __10:30 am_____
                          *Date*                    *Time*

before _____UNITED STATES MAGISTRATE JOE B. BROWN_____
                        *Name of Judicial Officer*

_____Courtroom 783, U.S. COURTHOUSE, 801 BROADWAY, NASHVILLE, TN_____
                        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
*Other Custodial Official*

Date: __4-18-13_____

_____/s/ Joe B. Brown_____
*Judicial Officer*