UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,   Case No: 13-3192 MB

vs.

<u>MERIN OMAR POLANCO-GUEVARA</u>         /

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes Now the Defendant by and through his undersigned counsel and respectfully seeks leave of Court to file a motion under seal. The undersigned would aver that the motion is of a sensitive nature and should not be shared with counsel for the Government.

**ORDER**
Motion Granted to read and
JOE B. BROWN to approve
Magistrate Judge the request
placed under
seal.

RESPECTFULLY SUBMITTED:

/S/ <u>LAWRENCE J. ARNKOFF</u>
**LAWRENCE J. ARNKOFF**
**TENNESSEE BAR # 026140**
**ATTORNEY FOR DEFENDANT**
Larnkoff@Bellsouth.net
9103 BRENT MEADE BLVD
BRENTWOOD TN 37027
TEL: 615-973-4570
FAX: 615 371-5327